UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIRQUIZ M CASTILLO,

                              Plaintiff,

               -v-

COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.

22 Civ. 4328 (PAE) (SN)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

      By separate order, the Court is referring plaintiff's motion for judgment on the pleadings, Dkt. 16, to the Magistrate Judge for a Report and Recommendation.  The Court reminds the parties that they have the right, jointly, to consent to the Magistrate Judge's jurisdiction for all purposes, which will have the effect of streamlining this litigation insofar as it avoids the need for sequential review, by the Magistrate Judge and then this Court, of the pending motion.  *See* Dkt. 7.  The Court directs counsel forthwith to confer about whether to so consent.

      SO ORDERED.

                                                                    PAUL A. ENGELMAYER
                                                                    United States District Judge

Dated: January 9, 2023
         New York, New York